**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HAIDONG LI,<br><br>　　　　Plaintiff,<br><br>　v.<br>TNC CONSTRUCTION INC, et al.<br><br>　　　　Defendants, | Civil No. 18-804 (ES)<br><br>**ORDER OF DISMISSAL** |

This matter having been reported settled and the Court having administratively terminated the action for thirty (30) days so that the parties could submit the papers necessary to terminate the case, <u>see</u> Fed. R. Civ. P. 41(a)(1)(A)(ii), L. Civ. R. 41.1, and the thirty-day time period having passed without the Court having received the necessary papers;

**IT IS** on this ___13th___ day of ___December___, 2018

**ORDERED** that the Clerk of the Court shall reopen the case and make a new and separate docket entry reading "CIVIL CASE REOPENED"; and it is further

**ORDERED** that this matter be, and the same hereby is, **DISMISSED WITH PREJUDICE**, and without costs pursuant to Fed. R. Civ. P. 41(a)(2).

　　　　　　　　　　　　　　　　　s/Esther Salas
　　　　　　　　　　　　　　　　　United States District Judge